**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISAACKY GAVRILOVICH SHARIPOFF, | No. 20-35184 |
| Plaintiff-Appellant, | D.C. No. 6:18-cv-01659-MK |
| v. | |
| JASON MYERS, Sheriff; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Oregon
Mustafa T. Kasubhai, Magistrate Judge, Presiding[**]

Submitted May 18, 2021[***]

Before:     CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Isaacky Gavrilovich Sharipoff appeals pro se from the district court's

judgment dismissing his action against deputies at the Marion County Jail.  We

have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The parties consented to proceed before a magistrate judge.  *See* 28 U.S.C. § 636(c).

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

dismissal for failure to comply with Federal Rule of Civil Procedure 8. *McHenry v. Renne*, 84 F.3d 1172, 1177 (9th Cir. 1996). We affirm.

The district court did not abuse its discretion by dismissing Sharipoff's action for failure to comply with Rule 8(a). Despite an opportunity to amend, Sharipoff's amended complaint was vague, confusing, and failed to contain a short and plain statement of the grounds for relief. *See* Fed. R. Civ. P. 8(a); *Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (a complaint violates Rule 8 when it is "highly repetitious, or confused, or consist[s] of incomprehensible ramblings" (citation omitted)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**